**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Gregory Kyle Green, Appellant.

Appellate Case No. 2019-001924

_____

Appeal From Charleston County
Perry M. Buckner, III, Circuit Court Judge

_____

Unpublished Opinion No. 2022-UP-034
Submitted January 1, 2022 – Filed February 2, 2022

_____

**APPEAL DISMISSED**

_____

Deputy Chief Appellate Defender Wanda H. Carter, of
Columbia, and Gregory K. Green, pro se, both for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

_____

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.